UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD, | No. 2:16-cv-2289 CKD P |
| Plaintiff, | |
| v. | ORDER |
| NGOZI O. IGBINOSA, et al., | |
| Defendants. | |

Plaintiff has filed a motion for extension of time to file an amended complaint. (ECF No. 16.) Good cause appearing, plaintiff's motion will be granted.

Plaintiff has also filed a motion seeking the release of his property after a prison transfer. (ECF No. 15.) When plaintiff drafted this motion, he had been at Corcoran State Prison for fifteen days and had not received his legal materials. (Id.) As plaintiff will be granted a sixty-day extension of time to file an amended complaint, and may have received his legal property by now, or may shortly receive it, the court will deny his motion as moot. If necessary, plaintiff may renew his motion at a later date.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for an extension of time (ECF No. 16) is granted;

2. Plaintiff's motion for release of legal and personal property (ECF No. 15) is denied as moot; and

      3. Plaintiff is granted sixty days from the date of this order in which to file an amended complaint.

Dated: February 7, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
stew2289.36

2