UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONNY STEWARD,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NGOZI O. IGBINOSA, et al.,<br><br>　　　　Defendants. | No. 2:16-cv-2289 CKD P<br><br><br>ORDER |

On February 12, 2018, plaintiff filed a motion for addendum. This civil rights action was closed on March 20, 2017. Plaintiff is advised that documents filed by plaintiff since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: February 16, 2018

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

12/stew2289.58

1